**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LAUREL DIVISION**

| | |
|---|---|
| JONATHAN BAILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. |
| ) | |
| ASHTON & WEINBERG, INC., ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S COMPLAINT

Plaintiff, JONATHAN BAILEY (Plaintiff), through his attorney, HORMOZDI LAW FIRM, LLC, alleges the following against Defendant, ASHTON & WEINBERG, INC., (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. ("FDCPA").

### JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §1331 and 15 U.S.C. §1692k (FDCPA).

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Venue and personal jurisdiction in this District are proper because Defendant does or transacts business within this District, and a material portion of the events at issue occurred in this District.

## PARTIES

5. Plaintiff is a natural person residing in London, Laurel County, Kentucky.

6. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3).

7. Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6).

9. Within the last year, Defendant attempted to collect a consumer debt from Plaintiff.

10. Defendant is a collection agency located in Greenville, Providence County, Rhode Island.

11. Defendant is a business entity engaged in the collection of debt within the State of Kentucky.

12. The principal purpose of Defendant's business is the collection of debts allegedly owed to third parties.

13. Defendant regularly collects, or attempts to collect, debts allegedly owed to third parties.

14. During the course of its attempts to collect debts allegedly owed to third parties, Defendant sends to alleged debtors bills, statements, and/or other correspondence, via the mail and/or electronic mail, and initiates contact with alleged debtors via various means of telecommunication, such as by telephone and facsimile.

15. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

16. Defendant is attempting to collect a consumer debt from Plaintiff.

17. The alleged debt owed arises from transactions for personal, family, and household purposes.

18. On January 22, 2014, Plaintiff received a collection letter from Defendant in an attempt to

collect the alleged debt.

19. On January 23, 2014, Plaintiff called Defendant at 866-798-3500 and spoke with a male collector of Defendant's in an attempt to set up a payment plan with Defendant.

20. During the aforementioned conversation, Defendant's collector threatened Plaintiff by saying if Plaintiff did not pay the debt, Plaintiff will go to jail.

21. During the aforementioned conversation, Defendant's collector used harassing language toward Plaintiff by discussing Plaintiff's criminal history, and calling Plaintiff "scum of the earth" and a "fucking tattoo artist."

22. During the aforementioned conversation, Defendant's collector continued to use an excessive amount of obscene and profane language toward Plaintiff.

23. Plaintiff hung up and called Defendant back at 866-789-3500 hoping to speak with someone else, but was again connected to the same male collector of Defendant's.

24. During the second conversation, Defendant's collector continued to use harassing language toward Plaintiff by referring to Plaintiff as "Ms. Bailey," and told him that Plaintiff's shop must have closed.

25. During the second conversation, Defendant's collector spoke with someone else while Plaintiff was on the line and could here and said, "Yeah this is the tattoo artist down in Kentucky."

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

26. Defendant violated the FDCPA based on the following:

   a. Defendant violated §1692d of the FDCPA by engaging in conduct that the natural consequence of which was to harass, oppress, and abuse Plaintiff in connection

3

with the collection of an alleged debt when Defendant's collector used obscene and profane language toward Plaintiff;

b. Defendant violated §1692d(2) of the FDCPA by using obscene or profane language and language the natural consequence of which is to abuse Plaintiff;

c. Defendant violated §1692e of the FDCPA by using false, deceptive, and misleading representation or means in connection with the collection of any debt when Defendant's collector threatened Plaintiff with imprisonment if Plaintiff did not pay;

d. Defendant violated §1692e(4) of the FDCPA by representing that nonpayment of any debt will result in the arrest or imprisonment of Plaintiff;

e. Defendant violated §1692e(10) of the FDCPA by using any false representation or deceptive means to collect or attempt to collect any debt when Defendant's collector threatened Plaintiff with imprisonment in Plaintiff did not pay; and

f. Defendant violated §1692f of the FDCPA by using unfair or unconscionable means to collect or attempt to collect any debt when Defendant's collector used obscene and profane language toward Plaintiff and threatened Plaintiff with imprisonment.

WHEREFORE, Plaintiff, JONATHAN BAILEY, respectfully requests judgment be entered against Defendant, ASHTON & WEINBERG, INC., for the following:

27. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

28. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

29. Any other relief that this Honorable Court deems appropriate.

                              RESPECTFULLY SUBMITTED,

April 1, 2014          By: /s/ Shireen Hormozdi
                              Shireen Hormozdi
                              Hormozdi Law Firm, LLC
                              1770 Indian Trail Lilburn Road, Suite 175
                              Norcross, GA 30093
                              Tel: 678-395-7795
                              Fax: 866-929-2434
                              E-mail: shireen@hormozdilaw.com
                              Attorney for Plaintiff